CITY OF COLUMBUS, APPELLEE, *v.* COPLEY, APPELLANT.

[Cite as *Columbus v. Copley* (1996), 77 Ohio St.3d 1202.]

(No. 95–1828—Submitted October 9, 1996—Decided November 6, 1996.)

*Ronald J. O'Brien,* City Attorney, *David M. Buchman,* City Prosecutor, and *Brenda J. Keltner,* Assistant City Prosecutor, for appellee.

*Max Kravitz,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Stratton, JJ., concur.